UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARIA HOLZHAUER, Individually and as
Executrix of the Estate of George Holzhauer,
Deceased

                  Plaintiff,

  -against-

J.C. PENNEY CORPORATION, INC. AND
J.C. PENNEY CORP. INC., D/B/A
J.C. PENNEY

                  Defendant.
------------------------------------------------------------X

08 Civ. 6076 (KMW) (GAY)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/10

KIMBA M. WOOD, U.S.D.J.:

The Court having been advised that the above matter has been settled, it is

ORDERED, that this action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within sixty (60) days if the settlement is not consummated. The Clerk of Court is directed to close this case. Any pending motions are moot.

SO ORDERED.

Dated: New York, New York
       April 27, 2010

                                              Kimba M. Wood
                                          United States District Judge